STATE, Respondent, v. KLINE, Appellant.†

*No. 75–142–CR. Argued May 5, 1976.—Decided June 30, 1976.*
(Also reported in 243 N. W. 2d 519.)

For the appellant there were briefs and oral argument by *James A. Hanley* of Milwaukee.

For the respondent the cause was argued by *Marguerite M. Moeller*, assistant attorney general, with whom on the brief was *Bronson C. La Follette*, attorney general.

PER CURIAM. The court is equally divided on the question of whether the judgment should be affirmed or reversed, Mr. Chief Justice BEILFUSS, Mr. Justice HEFFERNAN, and Mr. Justice DAY being of the opinion that the judgment should be reversed, and Mr. Justice HANLEY, Mr. Justice CONNOR T. HANSEN, and Mr. Justice ROBERT W. HANSEN being of the opinion that the judgment should be affirmed. The judgment appealed from is affirmed under the rule.

Judgment affirmed.

† Motion for rehearing denied, without costs, on October 19, 1976.